```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01074
   MARTHA FUNCHES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-7082


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/22/2007 and was confirmed 04/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  CURRENT MORTG           .00            .00              .00
WELLS FARGO FINANCIAL IL  MORTGAGE ARRE        105.21            .00           105.21
WELLS FARGO BANK NA       NOTICE ONLY     NOT FILED              .00              .00
COOK COUNTY TREASURER     SECURED             366.31            .00            27.12
ECAST SETTLEMENT CORP     UNSEC W/INTER      6865.75            .00              .00
CAPITAL ONE               UNSEC W/INTER      1185.78            .00              .00
CAPITAL ONE               UNSEC W/INTER      2123.12            .00              .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      1177.49            .00              .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER       864.10            .00              .00
DENNIS G KNIPP            DEBTOR ATTY       2,500.00                        2,500.00
TOM VAUGHN                TRUSTEE                                             178.10
DEBTOR REFUND             REFUND                                               14.57

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             2,825.00

PRIORITY                                        .00
SECURED                                      132.33
UNSECURED                                       .00
ADMINISTRATIVE                             2,500.00
TRUSTEE COMPENSATION                         178.10
DEBTOR REFUND                                 14.57
                    ---------------    ---------------
TOTALS              2,825.00               2,825.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01074 MARTHA FUNCHES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 01074 MARTHA FUNCHES